UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL MALDONADO,

    Plaintiff,

v.

SANTA CLARA COUNTY, et al.,

    Defendants.

Case No. 17-cv-05266-RS (PR)

**ORDER OF DISMISSAL**

Plaintiff has failed to comply with the Court's order to file a second amended complaint. Accordingly, the action is DISMISSED (without prejudice) for failing to comply with the Court's order, and for failure to prosecute, *see* Fed. R. Civ. P. 41(b). Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any such motion **must** contain an amended complaint that complies in all respects with the Court's order dismissing the first amended complaint with leave to amend. (Dkt. No. 14.)

Plaintiff's motion for an extension of time is DENIED. (Dkt. No. 17.) The Clerk shall terminate Dkt. No. 17, enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED.**

**Dated:** July 16, 2018

                                    RICHARD SEEBORG
                                    United States District Judge